IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1104-JLK**

**GEORGE CHRISTOPHER ASH,**

    Plaintiff,

v.

**EL PASO COUNTY SCHOOL DISTRICT NO. 11,**

    Defendant.

## ORDER

Kane, J.

    This matter is before the court on Plaintiff's Motion to Conduct Additional Depositions and for Other Relief (doc. #34), filed June 29, 2009. Defendant shall respond on or before July 20, 2009. The parties are advised that the court is inclined to grant plaintiff's motion. If defendant voluntarily produces the evidence sought by plaintiff in the motion and plaintiff is satisfied with the production, the parties may file a joint status report so stating, and request that plaintiff's motion be withdrawn. Defendant's response and/or the joint status report are due on or before July 20, 2009.

    Dated this 13th day of July, 2009.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT