IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1104-JLK**

**GEORGE CHRISTOPHER ASH,**

    Plaintiff,

v.

**EL PASO COUNTY SCHOOL DISTRICT NO. 11,**

    Defendant.

## ORDER

Kane, J.

Upon review of the Motion (Doc. 34) and Defendant's Response thereto (Doc. 36), Plaintiff's Motion to Conduct Additional Depositions and for Other Relief (Doc. 34), filed June 29, 2009, is **GRANTED.**  I am persuaded, however, that the reopening of discovery at this stage of the proceedings, on the grounds asserted, should be limited and **ORDER** that Plaintiff is limited to no more than *two* additional depositions, which shall be taken, if at all, at Plaintiff's expense.  No other relief is presently warranted.

Dated this 21st day of July, 2009.

                                             *s/John L. Kane*
                                             SENIOR U.S. DISTRICT JUDGE