IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1104-JLK**

**GEORGE CHRISTOPHER ASH,**

 Plaintiff,

v.

**EL PASO COUNTY SCHOOL DISTRICT NO. 11,**

 Defendant.

## ORDER

Kane, J.

 In light of the information set forth in the parties' September 15, 2009, Joint Status Report regarding the need to supplement their summary judgment filings, the court determines that the more efficient approach is to DENY the currently pending Motion for Summary Judgment (doc. #24) without prejudice to its being re-filed on or before October 16, 2009 with supplemental materials.

 It is so ordered this 16th day of September, 2009.

           BY THE COURT:

           *s/John L. Kane*
           SENIOR U.S. DISTRICT JUDGE