IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Courtroom Deputy: LaDonne Bush  Date: April 7, 2010
Court Reporter: Kara Spitler

Civil Action No. 07-cv-01104-JLK  <u>Counsel:</u>

GEORGE CHRISTOPHER ASH,  Andrew T. Brake

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL  Timothy L. Nemechek
DISTRICT NO. 11,

    Defendant.

## COURTROOM MINUTES

Oral Argument on Defendant's Renewed Motion for Summary Judgment (Doc. 46)

2:05 p.m.    Court in session.

Plaintiff and Richard Stull from the School District are present.

Preliminary comments by the Court.

Argument by Mr. Brake.

2:16 p.m.    Argument by Mr. Nemechek.

Court's comments regarding the motion and possible settlement.

**ORDERED**: Defendant's Renewed Motion for Summary Judgment (Doc. 46) is denied.

The parties agree to discuss a possible settlement.

2:31 p.m.    Court in recess.

Hearing concluded.
Time: 00:26