IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1104-JLK**

**GEORGE CHRISTOPHER ASH,**

    Plaintiff,

v.

**EL PASO COUNTY SCHOOL DISTRICT NO. 11,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motions in Limine (Docs. 61, 62) seeking orders preventing the admission at trial of evidence related to Plaintiff's claims for reinstatement, front pay, and back pay, are DENIED without prejudice to the arguments set forth therein being asserted as appropriate evidentiary objections to witness testimony in the normal course of trial.

Dated: August 19, 2010.