IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No.: 07-cv-01104-JLK

GEORGE CHRISTOPHER ASH,

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 24th day of September 2010.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____      _____
Counsel for Plaintiff                        Counsel for Defendant