IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action **No. 07-cv-01104-JLK**

**GEORGE CHRISTOPHER ASH**,
    Plaintiff,

v.

**COLORADO SPRINGS SCHOOL DISTRICT 11**,
    Defendant.

---

**ORDER SETTING DEADLINE FOR PREVIOUSLY ORDERED JOINT STATUS REPORT** (DOC. 94)

---

**Kane, J.**

On September 27, 2010, I ordered the parties to submit a joint status report addressing a variety of issues (Doc. 94). I neglected, however, to set a deadline for the submission of this report. In order to ensure a speedy resolution of this matter, the parties shall submit such report no later than October 11th, 2010.

Dated: October 4, 2010                    BY THE COURT:

                                          **/s/ John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE