**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 07-cv-01104-JLK-MEH**

**GEORGE CHRISTOPHER ASH**,
    Plaintiff,

v.

**COLORADO SPRINGS SCHOOL DISTRICT 11**,
    Defendant.

## ORDER

This matter is before me on the parties Joint Stipulated Motion to Vacate Jury Verdict and to Dismiss All Claims (With Prejudice) (doc. 121). Having read the Stipulated Motion, and being fully advised in the premises, the motion is GRANTED.

IT IS HEREBY ORDERED that the Jury Verdict of September 24, 2010 is VACATED in that it found Colorado Springs School District 11 violated Title VII of the Civil Rights Act of 1964, as amended in 1991.

The Jury Verdict is VACATED in that it awarded back pay after August, 2009.

The Jury Verdict is VACATED in that it awarded punitive damages to Plaintiff as against Colorado Springs School District 11.

All of Plaintiff's claims against Defendant are dismissed with each party to bear his/its own attorney's fees and costs.

Dated:  March 10, 2011                                BY THE COURT:

                                                     **/s/ John L. Kane**
                                                     Senior U.S. District Judge